UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN W. L. KING, | ) | No. CV 12-07941-AG (VBK) |
| | ) | |
| Plaintiff, | ) | ORDER (1) ACCEPTING THE FINDINGS |
| | ) | AND RECOMMENDATIONS OF THE UNITED |
| v. | ) | STATES MAGISTRATE JUDGE, AND (2) |
| | ) | DISMISSING THE COMPLAINT |
| LEROY D. BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

   **IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving the findings of the United States Magistrate Judge, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: June 30, 2014

                                      ANDREW J. GUILFORD
                                      UNITED STATES DISTRICT JUDGE