JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN. W. L. KING, | ) | No. CV 12-07941-AG (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| LEROY D. BACA, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: March 31, 2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE